STATE OF MONTANA ex rel. JOHN MALDONADO, Petitioner, v. The Honorable C. B. SANDE, District Judge of Department No. 1, Thirteenth Judicial District of the State of Montana, in and for the County of Yellowstone, Respondent.

No. 12434.
Decided Jan. 17, 1973.
505 P.2d 125.

ORDER

PER CURIAM:

Original proceeding. Petitioner seeks an appropriate writ to control the actions of the respondent district court and judge in respect to two criminal causes in which petitioner is a defendant and in which causes certain orders have been entered by the respondent court denying certain relief requested by the petitioner. The Court heard counsel ex parte and took the petition under advisement.

Now being advised herein, it is ordered that the relief here sought be, and it hereby is, denied. The proceeding is dismissed.